# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:16-cv-00029-JEO |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | **OPPOSED MOTION** |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants United States of America; the U.S. Department of State; John Kerry, Secretary of State; the Department of State Bureau of Population, Refugees, and Migration; Anne C. Richard, Assistant Secretary of State; the U.S. Department of Health and Human Services ("HHS"); Sylvia Burwell, Secretary of HHS; the HHS Office of Refugee Resettlement ("ORR"); and Robert Carey, Director of ORR, hereby move to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief, Dkt. No. 1, for failure to state a claim upon which relief can be granted.

The grounds on which Defendants' motion is based are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss. For

the reasons set forth therein, Defendants' motion should be granted and this case dismissed, with prejudice.

Dated: March 8, 2016                    Respectfully submitted,

                                          BENJAMIN C. MIZER
                                        Principal Deputy Assistant Attorney General

JOYCE WHITE VANCE
United States Attorney

JOSEPH H. HUNT
Director

SHEILA M. LIEBER
Deputy Director

ANTHONY J. COPPOLINO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Michelle R. Bennett*
MICHELLE R. BENNETT
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                          */s/ Michelle R. Bennett*
                                        MICHELLE R. BENNETT