FILED
2016 Mar-08 PM 05:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

OFFICE OF THE GOVERNOR

DON SIEGELMAN
GOVERNOR

STATE OF ALABAMA

STATE CAPITOL
600 DEXTER AVENUE, ROOM N-104
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

May 22, 2001

Ms. Carmel Clay-Thompson
Acting Director
Office of Refugee Resettlement
Administration for Children and Families
U.S. Department of Health and Human Services
370 L'Enfant Promenade Southwest, 6th Floor West
Washington, D.C. 20447

Dear Carmel:

    Alabama is proud to have operated a successful Refugee Resettlement Program since the passage of the Refugee Resettlement Act of 1980. The refugee population in Alabama, however, has decreased sharply in past years, rendering the need for state administration of refugee services less apparent. Therefore, pursuant to 45 CFR Part 400, §400.301, I hereby provide official notice that Alabama will withdraw from the state-administered RRP effective September 30, 2001.

    The overwhelming majority of Alabama's existing refugee population resides in Mobile, and the city's surrounding areas and is served by Catholic Social Services, Archdiocese of Mobile. Catholic Social Services, a long-time partner of the Department of Human Resources in the RRP and Alabama's only active Voluntary Agency, has expressed an interest in pursuing a Wilson-Fish grant to continue and expand its current scope of refugee services. Alabama wishes to continue the state's tradition of service to refugees by supporting the efforts of Catholic Social Services and its application for a Wilson-Fish grant. Such an arrangement would help eliminate current administrative barriers and deliver streamlined services to Alabama's refugee population.

    Alabama remains committed to ensuring that refugees in the state are given appropriate attention and delivered available services. Should you have any questions, please feel free to contact State Refugee Coordinator Joel Sanders or David McCarley of the Department of Human Resources' Family Assistance Partnership at (334) 242-1773.

With gratitude and best regards, I am ...

Sincerely,

Don Siegelman
Governor



DS/me

cc:   Dr. Don Williamson, State Health Officer, Alabama Department of Public Health
      Commissioner Bill Fuller, Alabama Department of Human Resources
      Commissioner Mike Lewis, Alabama Medicaid Agency
      Sister Frances Sheridan, Catholic Social Services
      Ella Hayes, Office of Refugee Resettlement


PRINTED ON RECYCLED PAPER

COPY

TOTAL P.02