# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.<br>) 2:16-cv-00029-JEO<br>) |
| UNITED STATES OF AMERICA, *et al.*, | ) **OPPOSED MOTION**<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE
## A RESPONSE TO PLAINTIFFS' SUR-REPLY

On April 19, 2016, Plaintiffs moved the Court for leave to file a sur-reply regarding defendants' motion to dismiss to respond to what Plaintiffs characterized as defendants "new" "sovereign immunity ground for dismissal." Dkt. No. 25, at 1. The Court granted the motion the same day, before defendants had an opportunity to respond to plaintiff's motion for leave to file a sur-reply. Dkt. No. 26.

Plaintiffs' sur-reply misconstrues Defendants' position, conflating a waiver of sovereign immunity with a cause of action. Thus, Plaintiffs respond to an argument Defendants have not made. Defendants respectfully request permission to file a brief response to Plaintiffs' sur-reply to address the distinction between the

two concepts, and to undo any confusion Plaintiffs' sur-reply may have sown. Defendants' proposed response is attached. The proposed response is only five pages in length and its submission will not unduly burden the Court or delay these proceedings.

Counsel for Plaintiffs has indicated that Plaintiffs oppose this motion.

Dated: May 2, 2016                            Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOYCE WHITE VANCE
United States Attorney

JOSEPH H. HUNT
Director

SHEILA M. LIEBER
Deputy Director

ANTHONY J. COPPOLINO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

  */s/ Michelle R. Bennett*
MICHELLE R. BENNETT
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.

            Washington, D.C.  20530
            Tel: (202) 305-8902
            Fax: (202) 616-8470
            Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                     */s/ Michelle R. Bennett*
                                     MICHELLE R. BENNETT