FILED
2016 May-20  PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. |
| | ) 2:16-cv-00029-JEO |
| UNITED STATES OF AMERICA, *et al.*, | ) **OPPOSED MOTION** |
| Defendants. | ) |

## REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY

Plaintiffs' opposition to Defendants' motion for leave to file a response to Plaintiffs' sur-reply, Dkt. No. 34 ("Pls.' Opp'n"), provides no sound basis for rejecting Defendants' proposed filing. As Defendants previously explained, they seek to file a response to Plaintiffs' sur-reply to undo any confusion that the sur-reply may have caused. And Plaintiffs do not dispute the points Defendants seek to clarify. They do not dispute that a waiver of sovereign immunity and a cause of action are distinct concepts, and that both are required to sue the Federal Government. They also do not dispute that the *Larson-Dugan* doctrine, the focus of their sur-reply, is not relevant to Defendants' motion to dismiss because Defendants do not raise a sovereign immunity defense.

Plaintiffs claim that Defendants' Proposed Response to Plaintiff's Sur-Reply is improper because it raises a new argument, *i.e.*, that causes of action against the Federal Government must be express.  Pls.' Opp'n, at 1-2.  But that argument is not new.  Defendants raised it in their Reply Brief in Support of Defendants' Motion to Dismiss.  Dkt. No. 23, at 1 (arguing that Plaintiffs' concession that 8 U.S.C. § 1522(a)(2)(A) "does not contain an *express* provision creating a cause of action . . . is fatal to Count I").  In any event, Plaintiffs have now responded to Defendants' argument, both as made in Defendants' Reply Brief, *see* Pls.' Opp'n at 4-5, and as clarified in Defendants' Proposed Response to Plaintiffs' Sur-reply, *see* Pls.' Opp'n at 2-4.  Plaintiffs, therefore, will not be prejudiced if the Court grants Defendants leave to file their Proposed Response to Plaintiffs' Sur-reply.

Accordingly, the Court should grant Defendants' Motion for Leave to File a Response to Plaintiffs' Sur-Reply.

Dated: May 20, 2016	Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOYCE WHITE VANCE
United States Attorney

JOSEPH H. HUNT
Director

SHEILA M. LIEBER
Deputy Director

ANTHONY J. COPPOLINO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

 /s/ Michelle R. Bennett
MICHELLE R. BENNETT
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                               */s/ Michelle R. Bennett*
                                               MICHELLE R. BENNETT